970

No. 73–1640.  WORLEY v. COLUMBIA GAS OF KENTUCKY, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 73–5642.  THOMAS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–6165.  HOULE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–6175.  JONES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6201.  PEDERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6397.  SIMS v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 73–6399.  MASELLI v. MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 73–6427.  COOKSEY, AKA MONTAGUE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–6432.  DeHERRERA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6451.  TEPLITSKY v. BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR.  C. A. 2d Cir.  Certiorari denied.

No. 73–6508.  BARRIGA-COVARRUBIAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6509.  SUAREZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.